Nehemiah Steele, Jr.
TDCJ#1810776
W. G. MCCONNELL UNIT
3001 South Emily Dr.
BEEVILLE, TEXAS 78102



REC'D IN COURT OF APPEALS
12th Court of Appeals District

JUL 27 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

July 23, 2015

CATHY S. LOSK, Clerk
TWELFTH COURT OF APPEALS
1517 WEST FRONT STREET, SUITE 354
TYLER, TEXAS 75702

      **RE:**     Case Number:     12-12-00327-CR
              Trial Court Case No. 007-1590-11

      **Style:** NEHEMIAH STEELE, JR.

             v.

      THE STATE OF TEXAS

Honorable Cathy S. Lusk, Clerk:

In reference to a previous price quote to purchase Trial Records. My family has informed that we are unable to pay the one payment of $468.00 in full.

Therefore, I petition your office to determine whether the Office of the Clerk provides a Payment-Plan. If this is a possibility, please provide your procedures.

I truly appreciate your assistance in this matter of important. Thank you.

Sincerely,

Nehemiah Steele, Jr.
Nehemiah Steele, Jr.
APPELLANT

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
SAM GRIFFITH
BRIAN HOYLE



# TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

Monday, December 15, 2014

Nehemiah Steele Jr.
#1810776
McConnell Unit
3001 South Emily Dr.
Beeville, TX 78102

**RE:**    Case Number:              12-12-00327-CR
         Trial Court Case Number:   007-1590-11

**Style:**  Nehemiah Steele, Jr.
          v.
          The State of Texas

This is to acknowledge receipt of your communication dated December 11, 2014.

In response to your inquiries, please be advised that:

1. The copies you have requested total 483 pages. The total cost to purchase these records will be $458.00 plus an estimated $10.00 shipping fee. Upon receipt of payment in the amount of $468.00, the copies will be forwarded to you.

Very truly yours,

CATHY S. LUSK, CLERK

By:_____
     Ashley Yount, Deputy Clerk

Volume 10 (6/18/12) contains 5 Pages
Volume 11 (6/19/12) contains 165 pages
Volume 12 (6/20/12) contains 228 pages
Volume 13 (6/25/12) contains 27 Pages
Volume 14 (8/3/12) contains 58 Pages